

# ORDERED in the Southern District of Florida on March 15, 2010.

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

___

```
                UNITED STATES BANKRUPTCY COURT
                 SOUTHERN DISTRICT OF FLORIDA
                   WEST PALM BEACH DIVISION
```

CASE NO.: 09-15817-BKC-EPK
IN RE:                                PROCEEDING UNDER CHAPTER 13

WAYNE C. CIMPERMAN
XXX-XX-9204
TAMI N. CIMPERMAN
XXX-XX-7848

DEBTORS_____ /

## ORDER GRANTING TRUSTEE'S MOTION TO DEVIATE FROM PLAN AND DEEM CLAIM WITHDRAWN

**THIS CAUSE** came to be heard on Mar 10, 2010 on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Motion To Deviate from Plan and Deem Claim Withdrawn and based on the record, it is

**ORDERED**

1. The Trustee's Motion is Granted.

2. The Trustee is directed to disburse funds specified in the Motion allocated to PHH MORTGAGE ("Creditor") to pay Administrative, Secured and Priority Creditors more quickly (if applicable) and to increase the amount paid to allowed Unsecured Creditors by the balance due Creditor for the remainder of the Plan term.

3. The Debtor(s) shall continue making payments under the Plan until further Order of this Court, if applicable.

4. The Proof of Claim filed by Creditor is deemed withdrawn.

###

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355
954-382-2001

**COPIES FURNISHED TO:**

DEBTORS
WAYNE C. CIMPERMAN
TAMI N. CIMPERMAN
PO BOX 880655
PORT SAINT LUCIE, FL  34988

ATTORNEY FOR DEBTORS
JON L. MARTIN, ESQUIRE
901 SW MARTIN DOWNS BLVD
SUITE 309
PALM CITY, FL  34990

CREDITOR
PHH MORTGAGE
CASH MGMT./MAIL STOP SBRP
4001 LEADENHALL ROAD
MT.LAUREL,NJ 08054


ROBIN R. WEINER IS DIRECTED TO SERVE COPIES OF THIS ORDER TO THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.

PAGE 2