

**ORDERED in the Southern District of Florida on March 24, 2010.**

_____
Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                          PROCEDINGS UNDER CHAPTER 13

WAYNE C. CIMPERMAN
TAMI N. CIMPERMAN,                          CASE NO.: 09-15817-BKC-EPK

DEBTORS.
_____/

### AMENDED ORDER GRANTING TRUSTEE'S MOTION TO DEVIATE FROM PLAN AND DEEM CLAIM WITHDRAWN

THIS CAUSE came to be heard on March 10, 2010 on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Motion To Deviate from Plan and Deem Claim Withdrawn, and based on the record, it is

ORDERED

1. The Trustee's Motion is GRANTED.

2. The Trustee is directed to disburse funds specified in the Motion allocated to PHH Mortgage ("Creditor") to pay Administrative, Secured and Priority Creditors

more quickly (if applicable) and to increase the amount paid to Unsecured Creditors by the balance due creditor for the remainder of the Plan term.

3. The Debtor(s) shall continue making payments under the Plan until further Order of this Court, if applicable.

4. The Proof of Claim filed by the Creditor is deemed withdrawn.

5. The reopening of this case did not reimpose the automatic stay that relief was previously granted.

6. This case shall be reclosed immediately upon entry of this Order.

### 

ORDER SUBMITTED BY:

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOS 559007
FORT LAUDERDALE, FL 33355
954-382-2001

COPIES FURNISHED TO:

DEBTORS
WAYNE C. CIMPERMAN
TAMI CIMPERMAN
PO BOX 880655
PORT SAINT LUCIE, FL  34988

ATTORNEY FOR DEBTOR
JON L. MARTIN, ESQUIRE
901 SW MARTIN DOWNS BLVD
SUITE 309
PALM CITY, FL 34990

CREDITOR
PHH MORTGAGE
CASH MGMT./ MAIL STOP SBRP
4001 LEADENHALL ROAD
MT. LAUREL, NJ 08054

MICHAEL R. BAKST, ESQUIRE
ATTORNEY FOR CREDITOR, THE BANK
222 LAKEVIEW AVE. SUITE 800
WEST PALM BEACH, FL 33401


ROBIN R. WEINER is directed to serve copies of this Order to the parties listed and file a Certificate of Service.